# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159531(100)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEOLA ROBERTSON, Personal
Representative of the ESTATE OF
MARTEL ROBERTSON,
            Plaintiff-Appellee,

v

LADARIUS DEANGELO JOHNSON,
            Defendant,
and

U-HAUL CO. OF MICHIGAN, also known as
2013 U-HAUL TITLING 1, LLC,
            Defendant-Appellant.
_____/

SC: 159531
COA: 337961
Wayne CC: 15-010455-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on August 20, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2019



Clerk